**WHOLE COURT**

**NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.**
**http://www.gaappeals.us/rules**

**January 25, 2019**

# In the Court of Appeals of Georgia

A16A1357. THE STATE v. T. M. H.                    DO-021 C

DOYLE, Presiding Judge.

In *State v. Hudson*,[1] the Supreme Court of Georgia reversed in part this Court's opinion in *State v. T. M. H.*[2] Accordingly, we vacate our prior opinion, and we adopt the opinion of the Supreme Court. The judgment of the trial court is affirmed in part and reversed in part.[3]

*Judgment affirmed in part and reversed in part. Barnes, P. J., Miller, P. J., McFadden, P. J., McMillian, Rickman, Goss, Brown and Markle, JJ., concur.*

---

[1] 303 Ga. 348 (812 SE2d 270) (2018).

[2] 339 Ga. App. 628 (794 SE2d 201) (2016).

[3] See *Hudson*, 303 Ga. at 350 n.3.